# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
### WICHITA FALLS DIVISION

| | |
|---|---|
| ROBERT E. OGLE, RECEIVER, § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | Civil Action No. 7:21-cv-00129-O-BP |
| § | |
| LARRY C. CABELKA, *et al.*, § | |
| § | |
| Defendants. § | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made Findings, Conclusions, and a Recommendation in this case. No objections were filed, and the Magistrate Judge's Recommendation is ripe for review. The District Judge reviewed the proposed Findings, Conclusions, and Recommendation for plain error. Finding none, the undersigned District Judge believes that the Findings and Conclusions of the Magistrate Judge are correct, and they are accepted as the Findings and Conclusions of the Court.

Accordingly, the Court **APPROVES** and **CONFIRMS** the proposed sale of the Hoodenpyle Property to Weston Hoodenpyle for the amount of $727,100.00 in the form included in the Joint Motion to Approve Sale of Subject Property to Weston Hoodenpyle, for Expedited Ruling, and Supporting Brief (ECF No. 63).

**SO ORDERED** on this 15th day of February, 2024.

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE